TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com
Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Attorneys for Plaintiff Kathryn Diffenderfer

Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: 619/758-1891
Facsimile: 619/296-2013
drichard@sessions.legal
Attorneys for FMS Investment Corp.
(erroneously sued as Financial Management Systems, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathryn Diffenderfer,<br><br>        Plaintiff,<br><br>   vs.<br><br>Financial Management Systems, Inc,<br><br>        Defendant. | Case No.: 3:15-cv-03811-CRB<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Kathryn Diffenderfer and defendant FMS Investment Corp. (erroneously sued as Financial Management Systems, Inc.), that plaintiff Kathryn Diffenderfer's claims against FMS Investment Corp. for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., and Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq., shall be dismissed pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). Each party is to bear its own attorneys' fees and costs as to these two claims. This stipulation does not affect Plaintiff's remaining claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

Dated: November 24, 2015                By:    */s/ Damian P. Richard*

                                        Damian P. Richard, Esq.
                                        Sessions, Fishman, Nathan & Israel, LLP
                                        1545 Hotel Circle South, Suite 150
                                        San Diego, CA  92108
                                        drichard@sessions.legal
                                        Attorney for Defendant,
                                        Financial Management Systems, Inc.

Dated: November 24, 2015                By:    */s/  Trinette G. Kent*

                                        Trinette G. Kent, Esq.
                                        Lemberg Law, LLC
                                        10645 North Tatum Blvd.
                                        Suite 200-192
                                        Phoenix, AZ 85028
                                        tkent@lemberglaw.com
                                        Attorney for Plaintiff,
                                        Kathryn Diffenderfer

# ORDER

Based on the parties' stipulation and for good cause shown, plaintiff Kathryn Diffenderfer's claims against FMS Investment Corp. for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., and Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq., are hereby dismissed pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). Each party is to bear its own attorneys' fees and costs as to these two claims.

Dated: November 25th, 2015.

_____
U.S. District Court Judge